IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHIRE US HOLDINGS, INC. and SHIRE PHARMACEUTICALS, LLC, | § § § | No. 170, 2021 |
| Defendant Below, Appellant, | § § § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2017-0863-KSJM |
| SHAREHOLDER REPRESENTATIVE SERVICES LLC, | § § § | |
| Plaintiff Below, Appellee. | § § § § | |

Submitted: November 3, 2021
Decided: November 17, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

# O R D E R

This 17th day of November, 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of its October 12, 2020 Memorandum Opinion and May 7, 2021 Order and Final Judgment.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice